**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Carlos Justos          JOINT DEBTOR: Ivette Justo          CASE NO.: 16-12368-JKO
Last Four Digits of SS# 6830          Last Four Digits of SS# 7271

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 8981.62   for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $2000 = $5650 TOTAL PAID $ 2000
                      Balance Due   $ 3650 payable $ 1765.26/month (Months 1 to 2) and
                      119.48/Month (months 3 to 3)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Selene Fianance
Address: 9990 Richmond Suite #100          MMM Payment $ 5600.85/month (Month 1 to 60)
Houston, TX 77042
Account No: xxxx4762

2. Riviera Isles Master Association, Inc          Arrearage on Petition Date   $ 2490.00
C/o Popular Community Bank          Arrears Payment $41.50/Month (Months 1 to 60)
POB 164150          Regular Payment $103.75/Months (Months 1 to 60)
Miami, FL 33116-4150
Account No: xxxx6011

3. Venezia Homeowners Association, Inc
5055 SW 171 Avenue          Regular Payment $153.75/ Months (Months 1 to 60)
Miramar, FL 33027
Account No: xxx4788

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service          Total Due $ 52,159.52
                            Payable   $ 500.00   /month (Months 1 to 60)

Unsecured Creditors: Pay $ 1645.78  /month (Months 3 to 3) and Pay $ 1765.26/month (Months 4 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Carmax Auto Finance, Santander Finance Account No: xxxx1000 and Santander Finance Account No: xxxx7192 and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq                    /s/Robert Sanchez, Esq
Attorney for the Debtor                              Attorney for the Joint Debtor
Date: 3-8-2016                                           Date: 3-8-2016

LF-31 (rev. 01/08/10)