UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CARLOS JUSTO,
and IVETTE JUSTO
    Debtors.
_____/

Case No. 16-12368-JKO
Ch 13

## EX PARTE AGREED MOTION FOR SUBSTITUTION OF COUNSEL FOR DEBTORS

The following hereby stipulate and agree to the substitution of SAMIR MASRI as the attorney of record for Debtors, CARLOS JUSTO and IVETTE JUSTO, and the removal of ROBERT SANCHEZ as counsel for Debtor. There are no attorney fees due to Robert Sanchez.

Dated: April 20th, 2016

_____
Robert Sanchez, Esquire
FBN: 442161
355 W 49 St.
Hialeah, FL 33183
(305) 687-8008

_____
Carlos Justo

Dated: April 15th, 2016

_____
Samir Masri, Esquire
FBN: 145513
901 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134
(305) 445-3422

_____
Ivette Justo