

**ORDERED in the Southern District of Florida on April 21, 2016.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
John K. Olson, Judge
United States Bankruptcy Court
www.flsb.uscourts.gov

_____

In re:

CARLOS JUSTO,                                          Case No. 16-12368-JKO
and IVETTE JUSTO                                       Ch 13
      Debtors.
_____/

### AGREED ORDER SUBSTITUTING COUNSEL FOR DEBTOR

     **THIS CAUSE** having come upon this Court Ex-Parte upon the Stipulation for

Substitution of Counsel For Debtors and the parties having agreed and the Court being fully

advised in the premises it is thereupon:

     **ORDERED AND ADJUDGED**:

1.     That SAMIR MASRI be and the same is hereby substituted as counsel of record for Debtors, CARLOS JUSTO and IVETTE JUSTO, and further that ROBERT SANCHEZ be and the same is withdrawn as counsel of record for Debtors herein and relieved of further responsibility in connection herewith.

2.     There are no attorney fees due to Robert Sanchez.

3.     All attorney's fees in the Plan are to be paid to Debtor's attorney, Samir Masri.

# # #

This Order prepared by:
Samir Masri, Esquire
901 Ponce De Leon Blvd., Suite 101
Coral Gables, FL 33134

*\* Attorney Samir Masri is hereby directed to serve a copy of this order upon all interested parties.*