UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
CARLOS F. JUSTO and                                    Case No: 16-12368-JKO
IVETTE JUSTO                                           Chapter 13
    Debtors.
_____/

## MOTION TO MODIFY PLAN

COMES NOW, Debtors, CARLOS F. JUSTO and IVETTE JUSTO, by and through undersigned counsel and herein files the above styled Motion and in support thereof states as follows:

1. On February 22, 2016, Debtors filed a voluntary petition for Chapter 13 bankruptcy relief.

2. On August 1, 2016 this Court entered an Order confirming the Second Amended Plan which provided for temporary protection payments to secured Creditor, Selene Finance/Christiana Trust.

3. On September 21, 2016, Debtor and Secured Creditor entered into an agreement for a trial period loan modification.

4. Debtor proposes to pay the trial period modification payments inside the modified plan.

5. The proposed First Modified Plan has been filed contemporaneously with this Motion.

**WHEREFORE**, Debtor respectfully requests that this Court issue an Order confirming the First Modified Plan and any other relief deemed just and reasonable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

    Law Offices of Samir Masri
    901 Ponce de Leon Blvd., Suite 101
    Coral Gables, FL 33134
    Tel: (305) 445-3422

    By: _s/ Samir Masri_
        Samir Masri, Esquire
        FBN: 145513