UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
CARLOS JUSTO,                                              CASE NO. 16-12368 JKO
    Debtor                                                 Chapter 13
_____/

## MOTION TO VACATE DISMISSAL AND
## MOTION TO REINSTATE CHAPTER 13 CASE

COMES NOW, Debtor, CARLOS JUSTO, by and through undersigned counsel pursuant to Federal Rule of Civil Procedure 59 and Federal Rule of Bankruptcy Procedure 9023, and moves this Honorable Court for an Order Vacating Dismissal and Reinstating Chapter 13 Case and in support thereof states as follows:

1. On February 22, 2016 Debtor voluntarily filed a Chapter 13 Bankruptcy Case.

2. On April 13, 2017 this Court entered an Order Dismissing Case for Debtors' failure to be current with payments.

3. Debtors have paid a total of $31,329.46 into the plan.

4. Due to Debtor's employer expense cut, Debtor was not employed for the month of December, 2016.

5. The temporary employment reduction caused Debtor to fall behind on his bankruptcy payments.

6. Debtor is now fully employed and wishes to continue with his bankruptcy case.

7. As of the filing of this Motion, Undersigned is holding cashier's checks in the total amount of $33,259.26 which will bring the Debtors current under the confirmed plan.

**WHEREFORE**, Debtors respectfully requests that this Court issue an Order Vacating Dismissal and Reinstating Chapter 13 Case and any other relief deemed just and reasonable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                        Law Offices of Samir Masri
                        901 Ponce de Leon Blvd., Suite 101
                        Coral Gables, FL 33134
                        Tel: (305) 445-3422


                        By:    *s/ Samir Masri*
                              Samir Masri, Esquire
                              FBN: 145513